TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00505-CV

Texas Wrecker Sales, Inc., Ted Kerico, and Clifford Welch, Appellant

v.

Allstar Body Shop, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 95-15434, HONORABLE JOSEPH H. HART, JUDGE PRESIDING

PER CURIAM

 Appellants announce they have settled their dispute with appellee. They move to
dismiss their appeal. We grant their motion and dismiss this appeal.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellants' Motion

Filed: April 16, 1998

Do Not Publish